IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALIK JA'RELLE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. CV421-124 |
| ) | |
| WILLIAM HUSETH, Police Officer, ) | |
| individual and official ) | |
| capacities; CITY OF POOLER, GA, ) | |
| Official Capacity; and CITY OF ) | |
| SAVANNAH, GA, Official ) | |
| Capacity; ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's January 28, 2022, Report and Recommendation (Doc. 17), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 3RD day of March 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).